UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **Enrique Talamantes** | § § § | |
| *Plaintiff* | § § § § | |
| vs. | § § § | |
| **The Becton Dickinson and Company Group Life and Health Plan, Standard Insurance Company, and The Metropolitan Life Insurance Company** | § § § § § § § § | CIVIL NO.:   1:18-cv-00904-LY |
| *Defendants* | § § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Enrique Talamantes, and Defendant Standard Insurance Company, jointly submit this Notice of Settlement, to advise the Court that they have reached a resolution in this case, and anticipate being able to file an agreed motion to dismiss or stipulation of dismissal within 30 days. This Notice does not affect Plaintiff's claims against The Becton Dickinson and Company Group Life and Health Plan, or The Metropolitan Life Insurance Company.

Respectfully submitted,

By:    /s/ Andrew F. MacRae
ANDREW F. MACRAE
State Bar No. 00784510
LEVATINO|PACE PLLC
1101 S. Capital of Texas Highway
Building K, Suite 125
Austin, Texas 78746
Tel:  (512) 637-1581
Fax: (512) 637-1583

ATTORNEYS FOR DEFENDANT
STANDARD INSURANCE COMPANY

**CERTIFICATE OF CONFERENCE**

      I hereby certify that before filing the foregoing Notice of Settlement, I conferred with Lonnie Roach, counsel for Plaintiff Enrique Talamantes. Mr. Roach advised me that he agrees to and joins in the Notice of Settlement.

                                                  /s/ Andrew F. MacRae
                                                  Andrew F. MacRae

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 30, 2019, I electronically filed the foregoing Notice with the United States District Clerk, through the CM/ECF system, which I understand will send a Notice of Electronic Filing to all parties who have appeared and registered with CM/ECF.

                                                    /s/ Andrew F. MacRae
                                                  Andrew F. MacRae