UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2019 JUN 26 AM 11: 43
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY

| | | |
|---|---|---|
| Enrique Talamantes | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| The Becton Dickinson and | § | CIVIL NO.: 1:18-cv-00904-LY |
| Company Group Life and Health Plan, | § | |
| Standard Insurance Company, and | § | |
| The Metropolitan Life Insurance | § | |
| Company | § | |
| | § | |
| Defendants | § | |

## ORDER

Before the Court is the Joint Agreed Motion to Dismiss filed by Defendant Standard Insurance Company. The Court, having considered the Motion, and having been informed that Plaintiff joins in and agrees to the Motion, finds that the Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's claims against Standard Insurance Company are dismissed, with prejudice. All attorney's fees and costs of court are taxed against the party incurring same, unless otherwise agreed by the parties. Plaintiff's claims against the remaining defendants are not affected by this Order.

Signed this 26TH day of June, 2019.

_____
Honorable Lee Yeakel
United States District Judge