# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| **Enrique Talamantes** § | |
| § | |
| *Plaintiff* § | |
| § | |
| vs. § | |
| § | CIVIL NO.:  1:18-CV-00904-DAE |
| § | |
| § | |
| **The Metropolitan Life Insurance** § | |
| **Company** § | |
| § | |
| *Defendant* § | |

## PLAINTIFF'S NOTICE OF APPEAL

Plaintiff, Enrique Talamantes hereby gives Notice that he appeals to the United States Court of Appeals for the Fifth Circuit from the Final Judgment in this case [Dkt. 58] as amended [Dkt. 62].

DATED: November 17, 2020.

                                              Respectfully submitted,

                                              BEMIS, ROACH & REED
                                              4100 Duval Road, Bldg. I, Suite 200
                                              Austin, Texas  78759
                                              lonnie@brrlaw.com
                                              (512) 454-4000
                                              (512) 453-6335 (fax)

                                      By:     */s/ Lonnie Roach*
                                                       LONNIE ROACH
                                                       Texas State Bar No. 16967600

CERTIFICATE OF SERVICE

By my signature above, I certify that on November 17, 2020, I electronically filed the preceding document with the Clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented to accept this Notice as service of this document by electronic means:

Linda G. Moore
Estes Thorne & Carr PLLC
3811 Turtle Creek Blvd.,
Suite 2000
Dallas, Texas 75219
